```
 1  Antonia G. Darling [State Bar No. 76190]
    Assistant United States Trustee
 2  UNITED STATES DEPARTMENT OF JUSTICE
    Office Of The United States Trustee
 3  501 I Street, Suite 7-500
    Sacramento, CA 95814
 4  (916) 930-2100 / Fax (916) 930-2099
 5
    Attorneys for the United States Trustee,
 6    Region 17, Tracy Hope Davis
 7
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: **STREETER, STACEY** | CASE NO. 05-36844 |
| | DCN: **UST-1** |
| | CHAPTER 7 PROCEEDING |
| Debtor. | No Hearing Requested |

## DECLARATION OF HANK M. SPACONE IN SUPPORT OF UST'S MOTION TO REOPEN CASE

I, HANK M. SPACONE, herby declare that if called to testify, I would state as follows:

1. I am the Chapter 7 Trustee who was originally assigned to this case.

2. The above referenced case was initially filed on October 14, 2005.

3. The debtor's attorney is:

    C. Roman Rector
    25 Ccadillac Dr., Suite 200
    Sacramento, CA 95825

4. The debtor's address is:

    Stacey Streeter
    9222 Keifer Blvd #7
    Sacramento, CA 95826

5. In accordance with standard operating procedures, a "No Asset Report" was filed by the Trustee at the conclusion of the first meeting of Creditors.

1

Therefore, the case was subsequently discharged on February 6, 2006 and closed by the Court on February 20, 2006.

6. Since that time, Trustee has discovered that debtor may not have disclosed all her assets and trustee is no in possession of information concerning the undisclosed assets.

7. Therefore, this case now needs to be reopened for administration of the case for the benefit of this estate.

I swear under penalty of perjury that the above is true and correct. Sworn on February 1, 2014, in Sacramento, California.

_____
Hank M. Spacone
Bankruptcy Trustee

2