Case 05-36844   Filed 12/10/14   Doc 73

2

J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
GABRIEL HERRERA, State Bar #287093
NABEEL M. ZUBERI, State Bar #294600
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Hank M. Spacone
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>STACEY STREETER aka<br>STACEY LINDBERG,<br><br>Debtor. | Case No. 05-36844-A-7<br>Chapter 7<br><br>DNL-6<br><br>Date: November 17, 2014<br>Time: 10:00 a.m.<br>Place: 501 I Street, 7th Floor<br>Court Room 28<br>Sacramento, CA 95814 |

## ORDER GRANTING FIRST AND FINAL APPLICATION TO APPROVE COMPENSATION OF TRUSTEE'S COUNSEL DESMOND, NOLAN, LIVAICH & CUNNINGHAM

The application of HANK M. SPACONE ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of Davina Moreno, for an order approving compensation of the Trustee's counsel, Desmond, Nolan, Livaich & Cunningham ("DNLC"), in the amount of $10,782.50 for fees and $59.46 for expenses for a total of $10,841.96 for the period of February 19, 2014 through and including October 14, 2014, came on for hearing at the above-captioned date, time, and place. No opposition having been presented, the matter was resolved without oral argument. Upon consideration of the evidence and authorities presented, and good cause appearing therefor,

**IT IS ORDERED** that:

1. The application is granted.

2. DNLC shall be allowed final compensation in the amount of $10,782.50 for fees and

RECEIVED
December 03, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005390950

$59.46 for expenses for a total of $10,841.96 for the period of February 19, 2014 through and including October 14, 2014.

Dated: December 10, 2014

By the Court

Michael S. McManus
United States Bankruptcy Judge