# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re: STREETER, STACEY § Case No. 05-36844-A-7
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

HANK M. SPACONE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,700.00   Assets Exempt: $37,975.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,306.88   Claims Discharged Without Payment: $13,000.00

Total Expenses of Administration: $78,541.95

3) Total gross receipts of $132,402.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $47,553.29 (see **Exhibit 2**), yielded net receipts of $84,848.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,700.63 | 78,541.95 | 78,541.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,500.00 | 6,306.88 | 6,306.88 | 6,306.88 |
| **TOTAL DISBURSEMENTS** | $17,500.00 | $14,007.51 | $84,848.83 | $84,848.83 |

      4) This case was originally filed under Chapter 7 on October 14, 2005. The case was pending for 114 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015          By: /s/HANK M. SPACONE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

Case 05-36844    Filed 05/01/15    Doc 82

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1242-000 | 132,402.12 |
| **TOTAL GROSS RECEIPTS** | | **$132,402.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STREETER, STACEY | Final pro-rata distribution for claim number SURPLUS. | 8200-003 | 0.00 |
| LINDBERG, STACEY | | 8200-002 | 47,553.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$47,553.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HANK M. SPACONE | 2100-000 | N/A | 7,492.44 | 5,000.00 | 5,000.00 |
| DESMOND, NOLAN, LIVAICH & CUNNINGHAM | 3220-000 | N/A | 0.00 | 59.46 | 59.46 |
| DESMOND, NOLAN, LIVAICH & CUNNINGHAM | 3210-000 | N/A | 0.00 | 10,782.50 | 10,782.50 |
| CHAFFIN LUHANA LLP | 3220-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CHAFFIN LUHANA LLP | 3210-000 | N/A | 0.00 | 60,149.25 | 60,149.25 |
| Garretson Resolution Group, Inc, | 3722-000 | N/A | 0.00 | 167.55 | 167.55 |
| Garretson Resolution Group, Inc, | 3722-000 | N/A | 0.00 | 2,175.00 | 2,175.00 |
| Rabobank, N.A. | 2600-000 | N/A | 44.43 | 44.43 | 44.43 |
| Rabobank, N.A. | 2600-000 | N/A | 163.76 | 163.76 | 163.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,700.63** | **$78,541.95** | **$78,541.95** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hyundai Motor Finance | 7100-000 | 4,500.00 | 4,562.79 | 4,562.79 | 4,562.79 |
| 1I | Hyundai Motor Finance | 7990-000 | N/A | 1,744.09 | 1,744.09 | 1,744.09 |
| NOTFILED | North Bay Medical | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Auto Finance | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Plastic Surgery Center | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sutter Medical Foundation | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Vaca Valley Hospital | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $17,500.00 | $6,306.88 | $6,306.88 | $6,306.88 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-36844-A-7  
**Case Name:** STREETER, STACEY  

**Period Ending:** 04/15/15

**Trustee:** (007920) HANK M. SPACONE  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 05/21/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 3 | 02 Hundia Accent | 5,500.00 | 0.00 | | 0.00 | FA |
| 4 | Personal injury claim (u)<br>    Asset added after case closed.<br>Note: "Other Costs" of $136,967.99 are included in<br>Confidential Settlement for fees and expenses of<br>Class Counsel and Garretson Resolution Group. | 200,000.00 | 32,135.32 | | 132,402.12 | FA |
| 4 | **Assets  Totals** (Excluding unknown values) | **$205,700.00** | **$32,135.32** | | **$132,402.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

This case was originally filed in calendar 2005.  At the time of filing the debtor had a Personal Injury Claim that she failed to disclose.  On February 5, 2014, the Court entered an order granting UST-1, the United States Trustee motion to reopen the case to allow administration of  the bankruptcy estate's interest in the Personal Injury Action.  On April 23, 2014, the Cout entered an order granting a Settlement with the Debtor.  Because it had been nine years since the case was filed and closed, it was extremely difficult to located creditors and get them to file proof of claims once the case was reopened.  All settlement proceeds have been received, all assets have been administered, the only filed claim has been approved, and a Trustee's Final Report will be filed no later than November 30, 2014.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2014          **Current Projected Date Of Final Report (TFR):**     November 5, 2014  (Actual)

Case 05-36844   Filed 05/01/15   Doc 82

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 05-36844-A-7 | | Trustee: | HANK M. SPACONE (007920) |
| --- | --- | --- | --- | --- |
| Case Name: | STREETER, STACEY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***9690 | | Blanket Bond: | $1,453,845.00  (per case limit) |
| Period Ending: | 04/15/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/14 | {4} | Chaffin Luhana Yaz QSF | Settlement proceeds | 1242-000 | 132,402.12 | | 132,402.12 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.43 | 132,357.69 |
| 10/10/14 | 101 | CHAFFIN LUHANA LLP | Final Fee Application (DNL-4) Fees and Costs. Stopped on 10/16/14 | 3210-004 | | 60,149.25 | 72,208.44 |
| 10/10/14 | 102 | Garretson Resolution Group | Total Flat Fee Application (DNL-5) Fees and Costs. | | | 2,342.55 | 69,865.89 |
| | | | Total Flat Fee Application (DNL-5) Fees and Costs.   167.55 | 3722-000 | | | 69,865.89 |
| | | | Total Flat Fee Application (DNL-5) Fees and Costs.   2,175.00 | 3722-000 | | | 69,865.89 |
| 10/16/14 | 101 | CHAFFIN LUHANA LLP | Final Fee Application (DNL-4) Fees and Costs. Stopped: check issued on 10/10/14 | 3210-004 | | -60,149.25 | 130,015.14 |
| 10/16/14 | 103 | CHAFFIN LUHANA LLP | Final Fee Application (DNL-4) Fees and Costs. | 3210-000 | | 60,149.25 | 69,865.89 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.76 | 69,702.13 |
| 12/12/14 | 104 | DESMOND, NOLAN, LIVAICH & CUNNINGHAM | per Order dated 12/10/14 | | | 10,841.96 | 58,860.17 |
| | | | per order dated 12/10/14   10,782.50 | 3210-000 | | | 58,860.17 |
| | | | per order dated 12/10/14   59.46 | 3220-000 | | | 58,860.17 |
| 02/09/15 | 105 | HANK M. SPACONE | Dividend paid 100.00% on $5,000.00, Trustee Compensation;  Reference: | 2100-000 | | 5,000.00 | 53,860.17 |
| 02/09/15 | 106 | STREETER, STACEY | Final pro-rata distribution for claim number SURPLUS.  Voided on 02/13/15 | 8200-003 | | 47,553.29 | 6,306.88 |
| 02/09/15 | 107 | Hyundai Motor Finance | Combined Check for Claims#1,1I | | | 6,306.88 | 0.00 |
| | | | Dividend paid 100.00%   4,562.79 on $4,562.79;  Claim# 1; Filed: $4,562.79 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   1,744.09 on $1,744.09;  Claim# 1I; Filed: $1,744.09 | 7990-000 | | | 0.00 |
| 02/13/15 | 106 | STREETER, STACEY | Final pro-rata distribution for claim number SURPLUS.  Voided: check issued on 02/09/15 | 8200-003 | | -47,553.29 | 47,553.29 |
| 02/13/15 | 108 | LINDBERG, STACEY | | 8200-002 | | 47,553.29 | 0.00 |

Subtotals :   $132,402.12   $132,402.12

{} Asset reference(s)

Printed: 04/15/2015 12:24 PM    V.13.15

Case 05-36844    Filed 05/01/15    Doc 82

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-36844-A-7 | | **Trustee:** | HANK M. SPACONE (007920) |
| **Case Name:** | STREETER, STACEY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0666 - Checking Account |
| **Taxpayer ID #:** | **-***9690 | | **Blanket Bond:** | $1,453,845.00  (per case limit) |
| **Period Ending:** | 04/15/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 132,402.12 | 132,402.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 132,402.12 | 132,402.12 | |
| | | | Less: Payments to Debtors | | | 47,553.29 | |
| | | | **NET Receipts / Disbursements** | | **$132,402.12** | **$84,848.83** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******0666** | | 132,402.12 | 84,848.83 | 0.00 |
| | | **$132,402.12** | **$84,848.83** | **$0.00** |

{} Asset reference(s)

Printed: 04/15/2015 12:24 PM    V.13.15